**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RAYMOND JOSE GOMEZ,

                Plaintiff,                      19 **CIVIL** 11779 (PMH) (AEK)

       -v-                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated October 28, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including offering Plaintiff the opportunity for a new hearing and de novo decision, in accordance with the Commissioner's rules and regulations. Because the same administrative law judge ("ALJ") has issued two prior decisions in this matter, the case will be reassigned to a different ALJ on remand, consistent with agency policy.

**Dated:**  New York, New York
           October 28, 2020

                                                          **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                            **BY:**      _____ K. Mango _____
                                                             **Deputy Clerk**