UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
Gomez,

                    Plaintiff,                      19-cv-11779 (NSR) (AEK)

   -against-                            **ORDER**

Commissioner of Social Security,

                    Defendant.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      Pursuant to a stipulation proposed by the parties and ordered by the Court, this action was remanded to the Commissioner of Social Security for further administrative proceedings on October 28, 2020.  ECF No. 21.  Plaintiff filed a motion for attorneys' fees on August 4, 2021.  ECF No. 25.  By operation of Local Civil Rule 6.1(b), the Commissioner's response to the motion was due on August 18, 2021.  To date, no response has been received.  Accordingly, by no later than September 24, 2021, the Commissioner must either file: (i) a response to the motion; (ii) a letter motion seeking additional time to file a response; or (iii) a letter indicating that the Commissioner will not be filing a response.

Dated:  September 17, 2021
          White Plains, New York

                                                  **SO ORDERED.**

                                          _____
                                          ANDREW E. KRAUSE
                                          United States Magistrate Judge