```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RAYMOND JOSE GOMEZ,

                Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X
```

**ORDER**

19-CV-11779 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court, having read the memorandum of law (Doc. 27) and affidavit of Charles E. Binder (Doc. 26), attorney for Plaintiff in the above-captioned case, requesting an award of attorney's fees in accordance with 42 U.S.C. § 406(b), and upon all the supporting documents annexed thereto,

**IT IS ORDERED** that attorney's fees in the amount of $43,601.63, which represents 25% of the retroactive benefits awarded to Plaintiff, be remitted to Charles E. Binder, petitioner and counsel for Plaintiff before this Court. Upon receipt of this sum, Charles E. Binder is directed to remit the previously awarded Equal Access to Justice Act fees of $3,621.96 to Plaintiff.

The Clerk of the Court is respectfully directed to terminate the pending motion sequence at Doc. 25.

SO ORDERED:

Dated: White Plains, New York
       September 28, 2021

_____
Hon. Philip M. Halpern
United States District Judge